# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Bridgeport Pain Control Center, Ltd.

                                          Plaintiff,

v.                                                           Case No.: 1:13−cv−00588
                                                           Honorable Elaine E. Bucklo

Acute Care, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2013:

       MINUTE entry before Honorable Elaine E. Bucklo: Pursuant to FRCP 41(a), the plaintiff's individual claims against defendant Acute Care, Inc. are dismissed with prejudice and without costs. Plaintiff's putative class claims against defendant Acute Cate, Inc. are dismissed without prejudice and without costs. Plaintiff's claims against defendants John Does 1−10 are dismiss without prejudice and without costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.